United States District Court
Southern District of Texas
**ENTERED**
September 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAVIER ENRIQUE MARCHAN-GOMEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-07889 |
| | § | |
| ROSE THOMPSON, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Pending is Petitioner's notice of voluntary dismissal because he inadvertently filed this petition in the wrong district. *See* Doc. No. 3. Pursuant to Federal Rule of Civil Procedure 41(a), the Court **ORDERS** as follows:

1. Petitioner's notice or motion for voluntary dismissal (Doc. No. 3) is **GRANTED.**
2. This case is **DISMISSED without prejudice**.
3. All other pending motions, if any, are **DENIED as MOOT.**

The Clerk will enter this Order and provide a copy to all parties of record.

SIGNED on this 23rd day of September 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE